# United States District Court

WESTERN DISTRICT OF TEXAS

FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V
Hector Tomas BARAJAS

Miguel Angel GONZALEZ-Alonzo

**CRIMINAL COMPLAINT**

CASE NUMBER: DR08-7141M-01,02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 25, 2008__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Unlawfully, knowingly, and intentionally possess with intent to distribute approximately 175.000 kilograms gross weight (171.273 kilograms net weight) of marihuana, a schedule I controlled substance,

in violation of Title __21__ United States Code, Section(s) __841 (a) (1)__

I further state that I am a(n) __Task Force Agent__ and that this complaint is based on the following facts:
Official Title

On May 25, 2008 at approximately 5:15 AM, The U.S. Border Patrol was operating a Loris Scope at the Devils River Bridge near Del Rio, Texas. The scope operator observed a boat entering the United States from Mexico without night navigational lights. The boat made landfall near the North side of the Devil's River Bridge (Highway 90 West). Three individuals disembarked from the boat and unloaded several large bundles and placed them near a parking area. Numerous loads of marihuana packaged in this manner have been seized in this general area on several occasions by the U.S. Border Patrol. A white sports utility vehicle (SUV) arrived a few minutes later and backed up to the bundles with the lights off. Two arrests were made at the scene by the U.S. Border Patrol. The driver of the SUV was identified as Hector Tomas BARAJAS and an individual from the boat was Miguel Angel GONZALEZ-Alonzo. During a post Miranda interview, both individuals admitted knowledge to the smuggling of the marihuana into the United States.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 27, 2008
Date

Victor Roberto Garcia, U.S. Magistrate Judge
Name & Title of Judicial Officer

Del Rio, Texas
City and State

_____
Signature of Judicial Officer